permissible, and also contrary to the manifest intent of the authorities which adopted the ordinance. We are, therefore, compelled to conclude that the ordinance as a whole is invalid, and that the plaintiff in error's conviction thereunder was likewise invalid. The final order of the Circuit Judge, in so far as the same remands the petitioner under the conviction and sentence of one of the charges brought under the ordinance, must be reversed, and the cause remanded with directions to discharge the petitioner.

Reversed.

ELLIS, C. J., AND STRUM, J., concur.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur in the opinion and judgment.

GUS GIANAKOS AND WIFE, *Appellants,* v. NICK NICHOLAS, *Appellee.*

Division A.

Decision Filed May 11, 1928.

*J. C. Davant,* for Appellants;

*Brandon, Gage & Hancock,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and

inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur.

FLORENCE G. DENNIS, A WIDOW, INDIVIDUALLY AND AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF FRANCIS R. DENNIS, DECEASED, *Appellant,* v. G. C. ARMSTRONG, AS TRUSTEE, *Appellee.*

Division A.

Decision Filed May 11, 1928.

*King & Rogers,* for Appellant;

*Hull, Landis & Whitehair,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be and the same is hereby affirmed.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur.